# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FORTRESS SYSTEMS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV283 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BANK OF THE WEST, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motions to withdraw of W. Patrick Betterman and Jennifer M. Drake as counsel for the plaintiff (Filing Nos. 17 and 18). The plaintiff is represented by counsel from another firm. The court finds good cause shown for the withdrawal of W. Patrick Betterman and Jennifer M. Drake as counsel pursuant to NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motions to withdraw (Filing Nos. 17 and 18) are granted.

2. The Clerk of Court shall stop all electronic notices to W. Patrick Betterman and Jennifer M. Drake regarding this case.

DATED this 20th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge