# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FORTRESS SYSTEMS, L.L.C.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV283 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **BANK OF THE WEST,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for leave to withdraw of Thomas L. Saladino (Filing No. 26) as counsel for the defendant. Mr. Saladino is no longer with the firm of Fitzgerald, Schorr, Barmettler & Brennan, P.C., L.L.O. Other members of the firm continue to represent the defendant. The court finds good cause shown for withdrawal as required under NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for leave to withdraw of Thomas L. Saladino (Filing No. 26) as counsel for the defendant is granted.

2. The Clerk of Court shall stop all electronic notices for this case to Thomas L. Saladino.

DATED this 6th day of December, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge