IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FORTRESS SYSTEMS, L.L.C., a Nebraska Domestic Limited Liability Company, | ) ) ) | CASE NO.   8:06CV283 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | ORDER |
| BANK OF THE WEST, a California Banking Corporation, | ) ) ) ) | |
| Defendant. | ) | |

THIS MATTER coming before the Court on the Plaintiff's Motion For Enlargement of Time (Filing No. 52) requesting an extension in which to file its response to Defendants' Motion for Summary Judgment from June 22, 2007 to July 06, 2007. Just cause for the Motion being demonstrated the Court finds that Plaintiff's Motion For Enlargement of Time should be granted.

IT IS THEREFORE ORDERED that the time in which to file the Plaintiff's response to Defendants' Motion for Summary Judgment shall be extended to **July 6, 2007.**

Dated this 15th day of June, 2007

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
U.S. DISTRICT JUDGE